# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MARK LEE MILLER,

*Plaintiff*

v.

CITY OF GOLDENDALE, et al,

*Defendant*

Civil Action No. CV-13-149-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: This action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted. 28 U.S.C. Sections 1915A(b)(1) and 1915(e)(2). The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. Section 1367.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on a motion for leave to amend complaint, motion for appointment of counsel, and motion to serve complaint as written.

Date: November 26, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Karen White
*(By) Deputy Clerk*

Karen White